UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST JIM CHOI,<br><br>    Petitioner,<br><br>v.<br><br>R. NDOH,<br><br>    Respondent. | Case No. CV 20-00146 PSG (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Re Summary Dismissal Of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 15, 2020

_____
PHILIP S. GUTIERREZ
United States District Judge